| (Official Form 1) (12/03) FORM B1 | United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Becker, Steven Allen | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>4612 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):  05-31593 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>138 Mediterranean Lane<br>Norwich, CT 06360-1628 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:  New London | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

Handwritten annotations near name field: "12209 26830"

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☒ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7     ☐ Chapter 11     ☐ Chapter 13
- ☐ Chapter 9     ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☒ Consumer/Non-Business     ☐ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

Court stamp: 05 APR -7 AM 11:03  HARTFORD DIVISION  BANKRUPTCY COURT DISTRICT OF CT

Handwritten at bottom: Napolitano  11:30   5-10-05

(Official Form 1) (12/03)

| Voluntary Petition | Name of Debtor(s): **Steven Allen Becker** |
|---|---|
| *(This page must be completed and filed in every case)* | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

4/6/05
Date

X *[signature]*
Signature of Attorney for Debtor(s)

**David M. S. Shaiken, ct02297**
Printed Name of Attorney for Debtor(s) / Bar No.

**Shipman, Sosensky, Randich & Marks, LLC**
Firm Name

**363 Main Street  Hartford, CT 06106**
Address

(860)728-7310          (860)549-5996
Telephone Number

4/6/05
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

---

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signature]*    4/6/05
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:

Steven Allen Becker,

Debtor

Chapter 7

Social Security No. \*\*\*-\*\*-4612

Case No. _____

## Debtor's Brief Statement of Assets Pursuant to D. Conn. L.B.R. 1007-1(c)

Steven Becker (the "Debtor"), pursuant to D. Conn. L.B.R. 1007-1(c), hereby sets forth his brief statement regarding his assets. On **Exhibit A**, attached hereto, the Debtor has set forth, to the best of his knowledge, information and belief, a brief description of his assets, the extent to which said assets are subject to a lien or encumbrance, and the approximate amount of said liens and encumbrances, and the persons in whose favor said liens or encumbrances exist.

Dated at Hartford, Connecticut, this 6th day of April, 2005.

_____
Steven Allen Becker

In re: Steven Allen Becker, Debtor  
Chapter 7  
Social Security Number ***-**-4612  
Exhibit A to Debtor's Brief Statement of Assets Pursuant to D. Conn. L.B.R. 1007-1[c]

| Description | Location | Not Subject to Lien or Encumbrance | Persons Holding Liens or encumbrances | Approximate Amount of Liens and Encumbrances |
|---|---|---|---|---|
| Single Family Home | 138 Mediterranean Lane, Norwich, CT | | See below | $ 2,642,618.50 |
| Cash on hand | In Debtor's possession | x | | |
| 1/2 interest in various personal property, including furniture, clothing, appliances, etc. | In Debtor's possession | x | | |
| 1/2 interest in Millenium clock | In Debtor's possession | x | | |
| Projection television 8 years old | In Debtor's possession | x | | |
| 1/2 interest in books, pictures, art objects | In Debtor's possession | x | | |
| Otter coat | In Debtor's possession | x | | |
| Radot watch purchased approximately 1990 | In Debtor's possession | x | | |
| Rolex watch purchased 1986 | In Debtor's possession | x | | |
| 1/2 interest in various firearms | In Debtor's possession | x | | |
| Ownership interest in $3,000,000 term life insurance policy | In Debtor's possession | x | | |
| Cash value net of policy loans on whole life insurance policy | In Debtor's possession | x | | |
| Stock in Anthem Blue Cross | In Debtor's possession | x | | |
| 100% of stock in Kendland Company, Inc. | In Debtor's possession | x | | |
| 11 file cabinets | In Debtor's possession | x | | |
| Personal computer | In Debtor's possession | x | | |
| 1986 Chevrolet Corvette -- 18,000 miles | In Debtor's possession | x | | |
| 1968 Mercedes 280 SL -- 84,000 miles (does not run) | In Debtor's possession | x | | |
| Right to receive real estate sales commissions (all or part of this asset is not property of the bankruptcy estate and to that extent is listed for informational purposes only.) | In Debtor's possession | x | | |

In re: Steven Allen Becker, Debtor	Social Security Number ***-**-4612
Chapter 7
Exhibit A to Debtor's Brief Statement of Assets Pursuant to D. Conn. L.B.R. 1007-1[c]
Page 2

| Description | Location | Not Subject to Lien or Encumbrance | Persons Holding Liens or encumbrances | Approximate Amount of Liens and Encumbrances |
|---|---|---|---|---|
| Beneficiary of Linda D. Becker Amended and Restated Revocable Trust (all or part of this asset is not property of the bankruptcy estate and to that extent is listed for informational purposes only.) | In Debtor's possession | x | | |
| *The following assets are not property of the Debtor's bankruptcy estate and are listed for informational purposes only:* | | | | |
| Fidelity IRA | In Debtor's possession | x | | |
| Merrill Lynch IRA | In Debtor's possession | x | | |
| Kendland Company Money Purchase and Profit Sharing Plan | In Debtor's possession | x | | |
| Beneficiary of The Nathan E. & Gertrude R. Becker Irrevocable Trust Agreement, dated June 19, 1995 | In Debtor's possession | x | | |

Persons holding liens against or encumbrances on 138 Mediterranean Avenue, Norwich, Connecticut

| Name | Contingent, Unliquidated, Disputed | Amount |
|---|---|---|
| People's Bank | | $ 1,950,000.00 |
| American Home Mortgage | Disputed | $ 553,500.00 |
| FPB Funding, LLC Mortgage | | $ 2,014,443.72 |
| Judgment Lien in favor of Linda Becker, assignee of Chelsea Groton Savings Bank | Contingent, unliquidated | $ 74,674.78 |

Steven Allen Becker
138 Mediterranean Lane
Norwich, CT 06360-1628


David M. S. Shaiken
Shipman, Sosensky, Randich & Marks,
363 Main Street
Hartford, CT 06106


Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360


American Home Mortgage
2401 Beech Street Suite C
Valparaiso, IN 46383


Brenner, Saltzman & Wallman LLP
271 Whitney Ave.
New Haven, Connecticut 06511


C. R. Klewin
40 Connecticut Ave
Norwich, CT 06360


Chelsea Groton Savings Bank


Citicorp Mortgage Inc.
5280 Corporate Drive, M/C 0251
Frederick, MD 21703


Citimortgage
15851 Clayton Rd. MS-301
Ellisville, MO 63011-2211

PB Funding, LLC

Hartford Accident & Indemnity Compa
Attn: Ms. Laura Mahler
Bond Claims Department
Hartford Plaza
Hartford, CT 06115


Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360


Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360


Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360


Kevin O'Connor, U.S. Attorney
450 Main Street
Hartford, CT 06103


Linda D. Becker
138 Mediterranean Lane
Norwich, CT 06360-1628


Linda D. Becker
138 Mediterranean Lane
Norwich, CT 06360-1628


Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger & Case, LL
99 Pratt St., Suite 401
Hartford, CT 06103

Maureen L. Canavan, Esq.
U.S. Department of Labor
Office of the Solicitor
J.F.K. Federal Building, Rm. E-375
Boston, MA 02203


Paul M. Geraghty, Esq.
Andrews, Young & Geraghty, P.C.
216 Broad St.
P.O. Box 751
New London, CT 06320-0751


People's Bank




Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main St., Suite 207
West Hartford, CT 06107-2103


RLI Insurance Co.
9025 N. Lindbergh Drive
Peoria, IL 61615


Sheptoff, Reuber & Company, Inc.
111 New London Turnpike
Glastonbury, CT 06033


Stuart Allan & Associates, Inc.
5447 E. 5th St., Suite 110
Tucson, AZ 85711-2345


Susan Nissenbaum




The Travelers Casualty & Surety Co.
Attn: Ms. Sherrie Monteiro
St. Paul Travelers
One Tower Square, Bond-14CZ
Hartford, CT 06183

U. S. Trustee
Office of the U.S. Trustee
One Century Tower
265 Church Street, Suite 1101
New Haven, CT 06510

United States
Department of Labor
Elaine L. Chao, Secretary of Labor

**UNITED STATES BANKRUPTCY COURT**

**District of Connecticut**

In re:  **Steven Allen Becker**  
 **4612**

Case No. _____

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 4 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 4/6/05

Signed: _____  
**Steven Allen Becker**

Signed: _____  
**David M. S. Shaiken**  
Bar No.  **ct02297**