· Rec'd USBC
4-22-05 [initials]

AMENDED MATRIX

05-31593

$26.00
369566 KT
4-22-05

Steven Allen Becker
138 Mediterranean Lane
Norwich, CT 06360-1628


David M. S. Shaiken
Shipman, Sosensky, Randich & Marks,
363 Main Street
Hartford, CT 06106


Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360


AFNI, Inc.
404 Brock Dr.
P.O. Box 3517
Bloomington, IL 61702-3517


American Home Mortgage
2401 Beech Street Suite C
Valparaiso, IN 46383


American Home Mortgage
520 Broadhollow Rd.
Melville, NY 11747


AMO Recoveries
7067 West Broward Blvd, Suite C
Plantation, FL 33317


Blake Equipment Company
c/o William Andrew Lichtenfels, Esq
29 Water St.
Guilford, CT 06437


Brenner, Saltzman & Wallman LLP
271 Whitney Ave.
New Haven, Connecticut 06511

J. R. Klewin
40 Connecticut Ave
Norwich, CT 06360

c/o GC Services L.P.
6330 Gulfton
Houston, TX 77252-2667

Central Transport Int'l, Inc.
210 East Johnson Ave.
Cheshire, CT 06410

Chelsea Groton Savings Bank
1 Chelsea Square
Norwich, CT 06360

Citicorp Mortgage Inc.
5280 Corporate Drive, M/C 0251
Frederick, MD 21703

Citimortgage
15851 Clayton Rd. MS-301
Ellisville, MO 63011-2211

City of New Haven
Tag Division
200 Orange St., 1st Floor
P.O. Box 1941
New Haven, CT 06509-9990

City of New Haven
Water Pollution Control Authority
P.O. Box 1610
New Haven, CT 06506

FPB Funding, LLC
c/o F. Robert Lacarcina
209 West Town St.
Norwich, CT 06360

Hartford Accident & Indemnity Compa
Attn: Ms. Laura Mahler
Bond Claims Department
Hartford Plaza
Hartford, CT 06115


Hon. Alberto R. Gonzales, Esq.
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Hon. Tom Reilly, Esq.
Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108


Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360


Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360


Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360


Kevin O'Connor, U.S. Attorney
450 Main Street
Hartford, CT 06103


Linda D. Becker
138 Mediterranean Lane
Norwich, CT 06360-1628


Massachusetts Department of Revenue
PO Box 7010
Boston, MA 02204

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger & Case, LL
99 Pratt St., Suite 401
Hartford, CT 06103


Maureen L. Canavan, Esq.
U.S. Department of Labor
Office of the Solicitor
J.F.K. Federal Building, Rm. E-375
Boston, MA 02203


Mortgage Electronic Registration
Systems, Inc.
P.O. Box 2026
Flint, MI 48501-2026


Nat'l Action Financial
Services, Inc.
165 Lawrence Bell Dr. Suite 100
P.O. Box 9027
Williamsville, NY 14231-9027


Nextel
c/o AFNI, Inc.
P.O. Box 20939
Ferndale, MI 48220


O'Brien, Shafner, Stuart, Kelly & M
138 Main Street
Norwich, CT 06360-0310


Paul M. Geraghty, Esq.
Andrews, Young & Geraghty, P.C.
216 Broad St.
P.O. Box 751
New London, CT 06320-0751


People's Bank
4 Broadway
Norwich, CT 06360
Attn: Richard Casio

Quill Corporation
c/o Goodwin, Bryan & Schill, L.L.P.
P.O. Box 221406
Cleveland, OH 44122


Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main St., Suite 207
West Hartford, CT 06107-2103


RLI Insurance Co.
9025 N. Lindbergh Drive
Peoria, IL 61615


Sheptoff, Reuber & Company, Inc.
111 New London Turnpike
Glastonbury, CT 06033


Stuart Allan & Associates, Inc.
5447 E. 5th St., Suite 110
Tucson, AZ 85711-2345


Susan Nissenbaum
101 South Main St.
Middleboro, MA 02346


The Travelers Casualty & Surety Co.
Attn: Ms. Sherrie Monteiro
St. Paul Travelers
One Tower Square, Bond-14CZ
Hartford, CT 06183


Town of Groton
Tax Collector
45 Fort Hill Rd.
Groton, CT 06340-0370


U. S. Trustee
Office of the U.S. Trustee
One Century Tower
265 Church Street, Suite 1101
New Haven, CT 06510

United States Dept. Labor
Elaine L. Chao, Secretary of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210


Verizon Wireless
c/o AMO Recoveries
P.O. Box 926200
Norcross, GA 30010-6200


World Omni National - II
c/o Client Services, Inc.
3451 Harry Truman Blvd
St. Charles, MO 63301-4047

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In re: **Steven Allen Becker**  
**4612**

Case No. __05-31593-asd__  
Chapter    7

# AMENDED - VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **6** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 4/20/05

Signed: _____  
**Steven Allen Becker**

Signed: _____  
**David M. S. Shaiken**  
Bar No.    **ct02297**