Form B6
(6/90)

# United States Bankruptcy Court
# District of Connecticut

In re **Steven Allen Becker**

Case No. **05-31593-asd**

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 650,000.00 | | |
| B - Personal Property | YES | 4 | $ 280,242.27 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 4,679,924.78 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 5,242,680.60 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 55.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 7,230.00 |
| Total Number of sheets in ALL Schedules | | 23 | | | |
| Total Assets | | | $ 930,242.27 | | |
| Total Liabilities | | | | $ 9,922,605.38 | |

FORM B6A
(6/90)

In re:  **Steven Allen Becker**                                                          ,   Case No.   **05-31593-asd**
         Debtor                                                                                                  (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 138 Mediterranean Avenue Norwich, CT | Fee Owner | | $ 650,000.00 | $4,679,924.78 |
| | Total ➤ | | $ 650,000.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **Steven Allen Becker**                                                          Case No.    **05-31593-asd**
                        Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the  appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash.** | | **300.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **1/2 interest in millenium clock.** | | **unknown** |
| | | **1/2 interest in various personal property, including furniture, clothing, appliances, etc.** | | **5,000.00** |
| | | **Projection television 8 years old.** | | **unknown** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **Otter coat.** | | **1,000.00** |
| | | **Radot watch purchased 1990.** | | **unknown** |
| | | **Rolex watch purchased 1986.** | | **unknown** |

In re   **Steven Allen Becker** _____   ,   Case No.   **05-31593-asd**
                         Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1/2 interest in various firearms.** | | **2,500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **$3,000,000 term life insurance policy.** | | **0.00** |
| | | **Whole life insurance policy. Value is net of policy loans.** | | **1,180.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Fidelity IRA. Not property of estate. Listed for informational purposes only.** | | **245,000.00** |
| | | **Interest in Kendland Company Money Purchase and Profit Sharing Plan. Not property of estate. Listed for informational purposes only.** | | **unknown** |
| | | **Merrill Lynch IRA**<br>**Not poperty of estate. Listed for informational purposes only.** | | **11,530.27** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of stock in Kendland Company, Inc.** | | **0.00** |
| | | **Stock in Anthem/Blue Cross.** | | **2,582.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

In re   **Steven Allen Becker**
_____

Debtor

Case No.   **05-31593-asd**

(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | **Beneficiary of Linda D. Becker Amended and Restated Revocable Trust. The trust is unfunded.** | | 0.00 |
| | | **Beneficiary of The Nathan E. & Gertrude R. Becker Irrevocable Trust Agreement, dated June 19, 1995. Not property of estate, listed for informational purposes only.** | | unknown |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Future real estate commissions. Not yet fully earned. Not property of estate. Listed for informational purposes only.** | | unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1968 Mercedes-Benz 280 SL automobile. 84,000 miles. Does not run.** | | 4,500.00 |
| | | **1986 Chevrolet Corvette automobile. 18,000 miles.** | | 5,150.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **11 File cabinets.** | | 1,000.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | **Personal computer.** | | 500.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |

In re  **Steven Allen Becker** _____ ,    Case No.    <u>05-31593-asd</u>
Debtor                                                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>3</u>    continuation sheets attached    Total ➤    **$ 280,242.27**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   **Steven Allen Becker** _____ , Case No. __**05-31593-asd**__
            Debtor.                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)      Exemptions provided in 11 U.S.C. § 522(d).   **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2)      Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1/2 interest in millenium clock. | CGS § 52-352b(a) | 0.00 | unknown |
| 1/2 interest in various personal property, including furniture, clothing, appliances, etc. | CGS § 52-352b(a) | 5,000.00 | 5,000.00 |
| 11 File cabinets. | CGS § 52-352b(b) | 1,000.00 | 1,000.00 |
| 138 Mediterranean Avenue Norwich, CT | CGS § 52-352b(t) | 75,000.00 | 650,000.00 |
| 1986 Chevrolet Corvette automobile. 18,000 miles. | CGS § 52-352b(j) | 1,500.00 | 5,150.00 |
| Cash. | CGS § 52-352b(r) | 300.00 | 300.00 |
| Otter coat. | CGS § 52-352b(a) | 1,000.00 | 1,000.00 |
| Personal computer. | CGS § 52-352b(b) | 500.00 | 500.00 |
| Projection television 8 years old. | CGS § 52-352b(a) | 0.00 | unknown |
| Radot watch purchased 1990. | CGS § 52-352b(a) | 0.00 | unknown |
| Rolex watch purchased 1986. | CGS § 52-352b(a) | 0.00 | unknown |
| Whole life insurance policy. Value is net of policy loans. | CGS § 52-352b(s) | 1,180.00 | 1,180.00 |

FORM B6D
(12/03)

In re: **Steven Allen Becker**                                               Case No. **05-31593-asd**
_____,
                          Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 555,250.00 | 0.00 |
| American Home Mortgage 2401 Beech Street Suite C Valparaiso, IN 46383 | | | Mortgage 138 Mediterranean Avenue Norwich, CT VALUE $650,000.00 | | | | | |
| Citimortgage 15851 Clayton Rd. MS-301 Ellisville, MO 63011-2211 | | | | | | | | |
| Citicorp Mortgage Inc. 5280 Corporate Drive, M/C 0251 Frederick, MD 21703 | | | | | | | | |
| Mortgage Electronic Registration Systems, Inc. P.O. Box 2026 Flint, MI 48501-2026 | | | | | | | | |
| American Home Mortgage 520 Broadhollow Rd. Melville, NY 11747 | | | | | | | | |

1 Continuation sheets attached

Subtotal  ➤                        **$555,250.00**
(Total of this page)

Total  ➤
(Use only on last page)

(Report total also on Summary of Schedules)

In re:   **Steven Allen Becker**                                                Case No.   **05-31593-asd**

_____                              _____
Debtor                                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **FPB Funding, LLC** <br> **c/o F. Robert Lacarcina** <br> **209 West Town St.** <br> **Norwich, CT 06360** | X | | 138 Mediterranean Avenue <br> Norwich, CT <br><br> VALUE **$650,000.00** | X | | | 2,100,000.00 | 1,355,250.00 |
| ACCOUNT NO. <br><br> **Linda D. Becker** <br> **138 Mediterranean Lane** <br> **Norwich, CT 06360-1628** <br><br> **Richard P. Weinstein, Esq.** <br> **Weinstein & Wisser, P.C.** <br> **29 South Main St., Suite 207** <br> **West Hartford, CT 06107-2103** | | | Judgment Lien <br> 138 Mediterranean Avenue <br> Norwich, CT <br><br> VALUE **$650,000.00** | | | | 74,674.78 | 74,674.78 |
| ACCOUNT NO. <br><br> **People's Bank** <br> **4 Broadway** <br> **Norwich, CT 06360** <br> **Attn: Richard Casio** | X | | 138 Mediterranean Avenue <br> Norwich, CT <br><br> VALUE **$650,000.00** | | | X | 1,950,000.00 | 1,950,000.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal ➤ <br> (Total of this page) | **$4,124,674.78** |
| Total ➤ <br> (Use only on last page) | **$4,679,924.78** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re   **Steven Allen Becker**                                    ,   Case No.   **05-31593-asd**

Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and the last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account numer of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing a "H," "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E
(04/04)

In re    **Steven Allen Becker**                                                                    Case No.    **05-31593-asd**
_____                                                              _____
                    Debtor                                                                                        (If known)

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
   11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
   U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
   or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
   an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
   after the date of adjustment.

1  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re __Steven Allen Becker__ ,      Case No. __05-31593-asd__
         Debtor                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims | Subtotal (Total of this page) ➤ | $0.00 |
| | Total (Use only on last page of the completed Schedule E.) ➤ | $0.00 |
| | (Report total also on Summary of Schedules) | |

In re   **Steven Allen Becker**                                                                                    , Case No.   05-31593-asd
_____Debtor_____                                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column  labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of  them, or the marital comunity maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | X | unknown |
| **Blake Equipment Company** **c/o William Andrew Lichtenfels, Esq** **29 Water St.** **Guilford, CT 06437** | | | Creditor of Kendland Company, Inc. | | | | |
| ACCOUNT NO. | X | | | | | | 34,872.27 |
| **Brenner,Saltzman & Wallman LLP** **271 Whitney Ave.** **New Haven, Connecticut 06511** | | | Legal services | | | | |
| ACCOUNT NO. | | | | | | | 100,000.00 |
| **C. R. Klewin** **40 Connecticut Ave** **Norwich, CT 06360** | | | Monies loaned, promissory note. | | | | |

8   Continuation sheets attached

Subtotal   ➤

Total   ➤

$134,872.27

Form B6F - Cont.
(12/03)

In re **Steven Allen Becker**_____, Case No. **05-31593-asd**___

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Central Transport Int'l, Inc. <br> 210 East Johnson Ave. <br> Cheshire, CT 06410 | X | | Creditor of Kendland Company, Inc. | | | X | 174.77 |
| ACCOUNT NO. <br><br> Chelsea Groton Savings Bank <br> 1 Chelsea Square <br> Norwich, CT 06360 <br><br><br> Paul M. Geraghty, Esq. <br> Andrews, Young & Geraghty, P.C. <br> 216 Broad St. <br> P.O. Box 751 <br> New London, CT 06320-0751 | | | | | | X | 0.00 |
| ACCOUNT NO. 6780-0120-0801 <br><br> City of New Haven <br> Water Pollution Control Authority <br> P.O. Box 1610 <br> New Haven, CT 06506 | X | | 10/24/2004 <br> Creditor of Kendland Company, Inc. | | | X | 742.79 |
| ACCOUNT NO. C00201138 <br><br> City of New Haven <br> Tag Division <br> 200 Orange St., 1st Floor <br> P.O. Box 1941 <br> New Haven, CT 06509-9990 | X | | 07/11/2001 <br> Creditor of Kendland Company, Inc. | | | X | 20.00 |
| ACCOUNT NO. A00418053 <br><br> City of New Haven <br> Tag Division <br> 200 Orange St., 1st Floor <br> P.O. Box 1941 <br> New Haven, CT 06509-9990 | X | | 05/29/2001 <br> Creditor of Kendland Company, Inc. | | | X | 50.00 |

Sheet no. <u>1</u> of <u>6</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

| | $987.56 |
|---|---|

Total ➤
(Use only on last page of the completed Schedule F.)

In re   **Steven Allen Becker**                                                              , Case No.   **05-31593-asd**
Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 2,467,474.79 |
| Hartford Accident & Indemnity Company Attn: Ms. Laura Mahler Bond Claims Department Hartford Plaza Hartford, CT 06115 Matthew M. Horowitz, Esq. Wolf, Horowitz, Etlinger & Case, LL 99 Pratt St., Suite 401 Hartford, CT 06103 | | | Judgment. | | | | |
| ACCOUNT NO. | | | | | | | 14,307.45 |
| Linda D. Becker 138 Mediterranean Lane Norwich, CT 06360-1628 Richard P. Weinstein, Esq. Weinstein & Wisser, P.C. 29 South Main St., Suite 207 West Hartford, CT 06107-2103 | | | Monies loaned, promissory note. | | | | |
| ACCOUNT NO. | | | 08/30/2004 | | | | 10,000.00 |
| Linda D. Becker 138 Mediterranean Lane Norwich, CT 06360-1628 Richard P. Weinstein, Esq. Weinstein & Wisser, P.C. 29 South Main St., Suite 207 West Hartford, CT 06107-2103 | | | Loan for legal fees. | | | | |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | $2,491,782.24 |
| | |

In re    **Steven Allen Becker**                                                    , Case No.    05-31593-asd
            Debtor                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   060956171 B007<br><br>**Massachusetts Department of Revenue**<br>**PO Box 7010**<br>**Boston, MA 02204**<br><br>**c/o GC Services L.P.**<br>**6330 Gulfton**<br>**Houston, TX 77252-2667**<br><br>**Hon. Tom Reilly, Esq.**<br>**Attorney General**<br>**Commonwealth of Massachusetts**<br>**One Ashburton Place**<br>**Boston, MA 02108** | X | | **Creditor of Kendland Company, Inc.** | | | X | 663.40 |
| ACCOUNT NO.   115710115<br><br>**Nextel**<br>**c/o AFNI, Inc.**<br>**P.O. Box 20939**<br>**Ferndale, MI 48220**<br><br>**AFNI, Inc.**<br>**404 Brock Dr.**<br>**P.O. Box 3517**<br>**Bloomington, IL 61702-3517** | X | | **Creditor of Kendland Company, Inc.** | | | X | 2,033.83 |
| ACCOUNT NO.<br><br>**O'Brien, Shafner, Stuart, Kelly & M**<br>**138 Main Street**<br>**Norwich, CT 06360-0310** | | | **Legal fees** | | | | unknown |
| ACCOUNT NO.   16544999 0000902 000<br><br>**Quill Corporation**<br>**c/o Goodwin, Bryan & Schill, L.L.P.**<br>**P.O. Box 221406**<br>**Cleveland, OH 44122** | X | | **Creditor of Kendland Company, Inc.** | | | X | 1,373.20 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    >

(Total of this page)

Total    >

(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | $4,070.43 |
| | |

Form B6F - Cont.
(12/03)

In re   **Steven Allen Becker** _____,   Case No.   **05-31593-asd** _____
          Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1379558<br><br>RLI Insurance Co.<br>9025 N. Lindbergh Drive<br>Peoria, IL 61615<br><br><br>Stuart Allan & Associates, Inc.<br>5447 E. 5th St., Suite 110<br>Tucson, AZ 85711-2345 | X | | Gauranty of Kendland Company bond. | | | X | 10,040.38 |
| ACCOUNT NO.<br><br>Sheptoff, Reuber & Company, Inc.<br>111 New London Turnpike<br>Glastonbury, CT 06033 | | | Accounting services | | | | 5,315.00 |
| ACCOUNT NO.<br><br>Susan Nissenbaum<br>101 South Main St.<br>Middleboro, MA 02346 | | | Monies loaned, promissory note. | | | | 46,079.18 |
| ACCOUNT NO.<br><br>The Travelers Casualty & Surety Co.<br>Attn: Ms. Sherrie Monteiro<br>St. Paul Travelers<br>One Tower Square, Bond-14CZ<br>Hartford, CT 06183<br><br>Matthew M. Horowitz, Esq.<br>Wolf, Horowitz, Etlinger & Case, LL<br>99 Pratt St., Suite 401<br>Hartford, CT 06103 | X | | Judgment | | | | 2,537,104.99 |

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

| $2,598,539.55 |
|---|
|  |

In re   **Steven Allen Becker**                                                      Case No.   **05-31593-asd**
_____
                    **Debtor**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2001-02-0200969**<br><br>**Town of Groton**<br>**Tax Collector**<br>**45 Fort Hill Rd.**<br>**Groton, CT 06340-0370** | X | | **10/01/2001**<br><br>**Creditor of Kendland Company, Inc.** | | | X | 123.66 |
| ACCOUNT NO.<br><br>**United States Dept. Labor**<br>**Elaine L. Chao, Secretary of Labor**<br>**Frances Perkins Building**<br>**200 Constitution Avenue, NW**<br>**Washington, DC 20210**<br><br>**Kevin O'Connor, U.S. Attorney**<br>**450 Main Street**<br>**Hartford, CT 06103**<br><br>**Maureen L. Canavan, Esq.**<br>**U.S. Department of Labor**<br>**Office of the Solicitor**<br>**J.F.K. Federal Building, Rm. E-375**<br>**Boston, MA 02203**<br><br>**Hon. Alberto R. Gonzales, Esq.**<br>**Attorney General of the U.S.**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | X | | **Judgment** | | | X | 0.00 |
| ACCOUNT NO.   **56334423**<br><br>**Verizon Wireless**<br>**c/o AMO Recoveries**<br>**P.O. Box 926200**<br>**Norcross, GA 30010-6200**<br><br>**AMO Recoveries**<br>**7067 West Broward Blvd, Suite C**<br>**Plantation, FL 33317** | X | | **Creditor of Kendland Company, Inc.** | | | X | 5,243.76 |

Sheet no. _5_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤

(Total of this page)

| | $5,367.42 |
|---|---|

Total ➤

(Use only on last page of the completed Schedule F.)

In re   **Steven Allen Becker**                                                    , Case No.   05-31593-asd
                                                                                               (If known)
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4775453 | X | | | | | X | 7,061.13 |
| **World Omni National - II** c/o Client Services, Inc. 3451 Harry Truman Blvd St. Charles, MO 63301-4047 | | | **Creditor of Kendland Company, Inc.** | | | | |
| Nat'l Action Financial Services, Inc. 165 Lawrence Bell Dr. Suite 100 P.O. Box 9027 Williamsville, NY 14231-9027 | | | | | | | |

Subtotal  ▶

(Total of this page)

| | $7,061.13 |
|---|---|

Total  ▶

(Use only on last page of the completed Schedule F.)

| | $5,242,680.60 |
|---|---|

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **Steven Allen Becker**                                         Case No.  **05-31593-asd**

_____
Debtor                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **Steven Allen Becker** _____ , **Case No.** **05-31593-asd**
                    Debtor                                                                                        (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | City of New Haven<br>Tag Division<br>200 Orange St., 1st Floor<br>P.O. Box 1941<br>New Haven, CT 06509-9990 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Hartford Accident & Indemnity Company<br>Attn: Ms. Laura Mahler<br>Bond Claims Department<br>Hartford Plaza<br>Hartford, CT 06115 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | FPB Funding, LLC<br>c/o F. Robert Lacarcina<br>209 West Town St.<br>Norwich, CT 06360 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | RLI Insurance Co.<br>9025 N. Lindbergh Drive<br>Peoria, IL 61615 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | United States Dept. Labor<br>Elaine L. Chao, Secretary of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Brenner, Saltzman & Wallman LLP<br>271 Whitney Ave.<br>New Haven, Connecticut 06511 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | People's Bank<br>4 Broadway<br>Norwich, CT 06360<br>Attn: Richard Casio |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | The Travelers Casualty & Surety Co.<br>Attn: Ms. Sherrie Monteiro<br>St. Paul Travelers<br>One Tower Square, Bond-14CZ<br>Hartford, CT 06183 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Town of Groton<br>Tax Collector<br>45 Fort Hill Rd.<br>Groton, CT 06340-0370 |

B6H
(6/90)

In re: **Steven Allen Becker**                                              , Case No. **05-31593-asd**
            Debtor                                                                                    (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | World Omni National - II<br>c/o Client Services, Inc.<br>3451 Harry Truman Blvd<br>St. Charles, MO 63301-4047 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | City of New Haven<br>Tag Division<br>200 Orange St., 1st Floor<br>P.O. Box 1941<br>New Haven, CT 06509-9990 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | City of New Haven<br>Water Pollution Control Authority<br>P.O. Box 1610<br>New Haven, CT 06506 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Blake Equipment Company<br>c/o William Andrew Lichtenfels, Esq<br>29 Water St.<br>Guilford, CT 06437 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Nextel<br>c/o AFNI, Inc.<br>P.O. Box 20939<br>Ferndale, MI 48220 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Verizon Wireless<br>c/o AMO Recoveries<br>P.O. Box 926200<br>Norcross, GA 30010-6200 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Central Transport Int'l, Inc.<br>210 East Johnson Ave.<br>Cheshire, CT 06410 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Massachusetts Department of Revenue<br>PO Box 7010<br>Boston, MA 02204 |
| Kendland Company, Inc.<br>c/o Steven A. Becker<br>12 Case Street, Suite 204<br>Norwich, CT 06360 | Quill Corporation<br>c/o Goodwin, Bryan & Schill, L.L.P.<br>P.O. Box 221406<br>Cleveland, OH 44122 |

Form B6I
(12/03)

In re **Steven Allen Becker**                                          , Case No.    **05-31593-asd**
_____                              _____
Debtor                                                                      (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP **Wife** | AGE **62** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real estate agent** | |
| Name of Employer | **Allyn and Associates, LLC** | |
| How long employed | | |
| Address of Employer | **12 Case St. Suite 204 Norwich, CT 06360** | |

Income: (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 0.00 | $ | |
| Estimated monthly overtime | $ | 0.00 | $ | |
| SUBTOTAL | $ | 0.00 | $ | |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | |
| b. Insurance | $ | 0.00 | $ | |
| c. Union dues | $ | 0.00 | $ | |
| d. Other (Specify) _____ | $ | 0.00 | $ | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | |
| Income from real property | $ | 0.00 | $ | |
| Interest and dividends | $ | 0.00 | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | |
| Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | |
| Pension or retirement income | $ | 0.00 | $ | |
| Other monthly income (Specify) **Sales commissions** | $ | 55.00 | $ | |
| TOTAL MONTHLY INCOME | $ | 55.00 | $ | |

TOTAL COMBINED MONTHLY INCOME        _____ **$ 55.00** _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Debtor's income is derived from commissions earned as a real estate agent. His income is highly variable, and is expected to exceed the reported monthly year-to-date income.**

Form B6J
(6/90)

In re **Steven Allen Becker** _____ , Case No. **05-31593-asd**
Debtor (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,980.00 |
| Are real estate taxes included? Yes ✔ No _____ | | |
| Is property insurance included? Yes ✔ No _____ | | |
| Utilities Electricity and heating fuel | $ | 750.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 100.00 |
| Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 500.00 |
| Food | $ | 200.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 1,000.00 |
| Health | $ | 0.00 |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 150.00 |
| Other | $ | 0.00 |
| | | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$** | **7,230.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each _____ (interval) | $ | _____ |

Official Form 6 - Cont .
(12/03)

In re: **Steven Allen Becker**                                            ,         Case No.  **05-31593-asd**
        Debtor                                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24**_____
                                                                                                  (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___4/20/05___                          Signature: _____
                                                          **Steven Allen Becker**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

David M. S. Shaiken   ct02297
Shipman, Sosensky, Randich & Marks, LLC
363 Main Street
Hartford, CT 06106

(860)728-7310
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re:
Debtor: **Steven Allen Becker**
Social Security Number: **4612**

Case No: **05-31593-asd**

Chapter **7**

Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | **American Home Mortgage**<br>**2401 Beech Street Suite C**<br>**Valparaiso, IN 46383** | **Secured Claims** | **$ 555,250.00** |
| 2. | **Blake Equipment Company**<br>**c/o William Andrew Lichtenfels, Esq**<br>**29 Water St.**<br>**Guilford, CT 06437** | **Unsecured Claims** | **$    0.00** |
| 3. | **Brenner,Saltzman & Wallman LLP**<br>**271 Whitney Ave.**<br>**New Haven, Connecticut 06511** | **Unsecured Claims** | **$ 34,872.27** |
| 4. | **C. R. Klewin**<br>**40 Connecticut Ave**<br>**Norwich, CT 06360** | **Unsecured Claims** | **$ 100,000.00** |
| 5. | **Central Transport Int'l, Inc.**<br>**210 East Johnson Ave.**<br>**Cheshire, CT 06410** | **Unsecured Claims** | **$    174.77** |

In re:   **Steven Allen Becker**

Case No. **05-31593-asd**

| 6. | Chelsea Groton Savings Bank<br>1 Chelsea Square<br>Norwich, CT 06360 | Unsecured Claims | $   0.00 |
|---|---|---|---|
| 7. | City of New Haven<br>Water Pollution Control Authority<br>P.O. Box 1610<br>New Haven, CT 06506 | Unsecured Claims | $  742.79 |
| 8. | City of New Haven<br>Tag Division<br>200 Orange St., 1st Floor<br>P.O. Box 1941<br>New Haven, CT 06509-9990 | Unsecured Claims | $   20.00 |
| 9. | City of New Haven<br>Tag Division<br>200 Orange St., 1st Floor<br>P.O. Box 1941<br>New Haven, CT 06509-9990 | Unsecured Claims | $   50.00 |
| 10. | FPB Funding, LLC<br>c/o F. Robert Lacarcina<br>209 West Town St.<br>Norwich, CT 06360 | Secured Claims | $2,100,000.00 |
| 11. | Hartford Accident & Indemnity Company<br>Attn: Ms. Laura Mahler<br>Bond Claims Department<br>Hartford Plaza<br>Hartford, CT 06115 | Unsecured Claims | $2,467,474.79 |
| 12. | Linda D. Becker<br>138 Mediterranean Lane<br>Norwich, CT 06360-1628 | Secured Claims | $ 74,674.78 |
| 13. | Linda D. Becker<br>138 Mediterranean Lane<br>Norwich, CT 06360-1628 | Unsecured Claims | $ 14,307.45 |
| 14. | Linda D. Becker<br>138 Mediterranean Lane<br>Norwich, CT 06360-1628 | Unsecured Claims | $ 10,000.00 |

In re:   **Steven Allen Becker**

Case No.   05-31593-asd

| | | | |
|---|---|---|---|
| 15. | **Massachusetts Department of Revenue**<br>PO Box 7010<br>Boston, MA 02204 | **Unsecured Claims** | $ 663.40 |
| 16. | **Nextel**<br>c/o AFNI, Inc.<br>P.O. Box 20939<br>Ferndale, MI 48220 | **Unsecured Claims** | $ 2,033.83 |
| 17. | **O'Brien, Shafner, Stuart, Kelly & M**<br>138 Main Street<br>Norwich, CT 06360-0310 | **Unsecured Claims** | $ 0.00 |
| 18. | **People's Bank**<br>4 Broadway<br>Norwich, CT 06360<br>Attn: Richard Casio | **Secured Claims** | $1,950,000.00 |
| 19. | **Quill Corporation**<br>c/o Goodwin, Bryan & Schill, L.L.P.<br>P.O. Box 221406<br>Cleveland, OH 44122 | **Unsecured Claims** | $ 1,373.20 |
| 20. | **RLI Insurance Co.**<br>9025 N. Lindbergh Drive<br>Peoria, IL 61615 | **Unsecured Claims** | $ 10,040.38 |
| 21. | **Sheptoff, Reuber & Company, Inc.**<br>111 New London Turnpike<br>Glastonbury, CT 06033 | **Unsecured Claims** | $ 5,315.00 |
| 22. | **Susan Nissenbaum**<br>101 South Main St.<br>Middleboro, MA 02346 | **Unsecured Claims** | $ 46,079.18 |
| 23. | **The Travelers Casualty & Surety Co.**<br>Attn: Ms. Sherrie Monteiro<br>St. Paul Travelers<br>One Tower Square, Bond-14CZ<br>Hartford, CT 06183 | **Unsecured Claims** | $2,537,104.99 |

In re:   **Steven Allen Becker**                                        Case No.  **05-31593-asd**

| 24. | Town of Groton<br>Tax Collector<br>45 Fort Hill Rd.<br>Groton, CT 06340-0370 | Unsecured Claims | $ 123.66 |
|---|---|---|---|
| 25. | United States Dept. Labor<br>Elaine L. Chao, Secretary of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210 | Unsecured Claims | $ 0.00 |
| 26. | Verizon Wireless<br>c/o AMO Recoveries<br>P.O. Box 926200<br>Norcross, GA 30010-6200 | Unsecured Claims | $ 5,243.76 |
| 27. | World Omni National - II<br>c/o Client Services, Inc.<br>3451 Harry Truman Blvd<br>St. Charles, MO 63301-4047 | Unsecured Claims | $ 7,061.13 |

In re:   **Steven Allen Becker**                                        Case No.  **05-31593-asd**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Steven Allen Becker** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **4 sheets** (not including this declaration), and that it is true
to the best of my information and belief.

Signature: _____

**Steven Allen Becker**

Dated:   4/20/05

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In re:  **Steven Allen Becker**                           Case No.  **05-31593-asd**
      **4612**                                            Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 -25.  **If the answer to an applicable question is "None,"
mark the box labeled "None"**   If additional space is needed for the answer to any question,
use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C.  § 101(30).

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 67,308.00 | **Eastern Energy Services, Inc.** | **1/1/2003 - 12/31/2003** |
| 9,000.00 | **Construction project** | **1/1/2004-12/31/2004** |
| 31,662.75 | **Allyn and Associates, LLC** | **1/1/2004 - 12/31/2004** |
| 656.00 | **Allyn and Associates, LLC** | **1/1/2005 - 4/6/2005** |

---

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 42,000.00 | **Chelsea Groton Bank** | **1/1/2003 - 12/31/2003** |

## 3.  Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Travelers Casualty and Surety Company v. Kendland Co. Inc. and Steven Becker**<br>   **X01-CV-02-0179479-S** | **Collection on indemnity bond by surety.** | **Complex Litigation Docket Superior Court Waterbury J.D.** | **Judgment entered.** |
| **Hartford Accident and Indemnity Co. v. Kendland Co. Inc. and Steven Becker**<br>   **X01-CV-02-0179480-S** | **Collection on indemnity bond by surety.** | **Complex Litigation Docket Superior Court Waterbury J.D.** | **Judgment entered.** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Shipman, Sosensky & Shaiken, LLC**<br>**363 Main Street**<br>**Hartford, CT 06106** | 8/30/2004 | $10,000.00 |

## 10.  Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a.    If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Kendland Company, Inc. | 06-0956171 | c/o Steven A. Becker 12 Case Street, Suite 204 Norwich, CT 06360 | Construction -- mechanical contractor | 02/01/1977 02/15/2002 |
| Landin Corporation | | c/o Mark E. Block, Esq. O'Brien, Shafner, Stuart, Kelly & M 138 Main Street Norwich, CT 06360-0310 | | |
| Nelkin | | c/o Steven A. Becker 12 Case Street, Suite 204 Norwich, CT 06360 | | |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner or more than 5 percent of the voting securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.)*

## 19. Books, records and financial statements

None ☐

a.   List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

**Mark A. Sheptoff, C.P.A.**
**Sheptoff, Reuber & Company, P.C.**
**111 New London Turnpike**
**Glastonbury, CT 06033**

b.   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑

| NAME | ADDRESS |
|------|------|

d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

NAME AND ADDRESS                                    DATE ISSUED

## 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  4/20/05

Signature of Debtor  **Steven Allen Becker**

Official Form 8
( 12/03)

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In re:   **Steven Allen Becker**

        **4612**

Case No.   <u>05-31593-asd</u>

Chapter   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property To Be Surrendered.*

   Description of Property                  Creditor's Name

        **None**

   b. *Property To Be Retained.*          *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1. 138 Mediterranean Avenue Norwith, CT | American Home Mortgage | | | | Retain and pay. |
| 2. 138 Mediterranean Avenue Norwith, CT | FPB Funding, LLC | | | | Retain and pay. |
| 3. 138 Mediterranean Avenue Norwith, CT | Linda D. Becker | | | | Retain and pay. |
| 4. 138 Mediterranean Avenue Norwith, CT | People's Bank | | | | Retain and pay. |

Date:   4/20/05

                                                    Signature of Debtor

**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In re:    **Steven Allen Becker**

Case No.    <u>**05-31593-asd**</u>
Chapter    **7**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $    10,000.00 |
| Prior to the filing of this statement I have received | $    10,000.00 |
| Balance Due | $    0.00 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **The fee agreement provides as follows:**
   **"The scope of the Firm's representation is limited to (a) legal advice and counseling regarding a chapter 7 bankruptcy filing, including the meeting we had on August 17, 2004, (b) one last owner title search on your home, (c) preparation and review of a bankruptcy petition and necessary bankruptcy schedules, lists and statements, (d) representation at the Section 341 meeting of creditors, (e) up to one motion to avoid liens and the hearing regarding the same, if required, and (f) responses to and compliance with subpoenas, orders to attend examinations, and requests for information from creditors and your bankruptcy trustee. For the work set forth above, the Firm shall charge you a fixed, nonrefundable, fee of $10,000.00. The fixed fee does not include the chapter 7 filing fee payable to the bankruptcy court in the amount of $209.00, other filing fees, or out-of-pocket expenses. The fee quoted above is only for the specific services set forth above.**

   **The engagement does not include (a) representation regarding any litigation, motion, adversary proceeding, objection, other contested matter, application, or conversion of your case to another chapter under the bankruptcy code, except as specified above, (b) appearance in any case other than your bankruptcy case, (c) appearance at a Section 341 meeting that is rescheduled due to your failure to appear or to bring with you the documentation required by the bankruptcy trustee, (d) advice concerning, or negotiation or preparation of, reaffirmation agreements, or (e) drafting of any amendments to your bankruptcy petition, schedules, statements or lists that are required due to circumstances that are beyond the Firm's control (collectively, the items listed in (a) through (e) above are referred to hereinafter as "Excluded Matters"), except as set forth herein. Engagement of the Firm for any Excluded Matter may be negotiated in the future, and the Firm may decline representation for any Excluded Matter at its option."**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: ___4/18/05___

David M. S. Shaiken, Bar No.  ct02297

**Shipman, Sosensky, Randich & Marks,  LLC**
Attorney for Debtor(s)