Case 05-31593    Doc 16    Filed 07/18/05    Entered 07/20/05 11:20:16    Desc Main
Document    Page 1 of 8

7-18-05
26.00
371424
MT
7/19

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN RE:                                          CHAPTER 7

STEVEN ALLEN BECKER,
                                                CASE NO. 05-31593 (ASD)
      Debtor.

## AMENDMENT TO BANKRUPTCY SCHEDULES, STATEMENTS AND LISTS

Steven Allen Becker, the Debtor, hereby amends the schedules, statements and lists filed in the above-captioned bankruptcy case as follows:

1. <u>Schedule F, Creditors Holding Unsecured Non-priority Claims:</u>

    A. Add Creditor:

        Account No. 6780-0120-0801
        City of New Haven
        Water Pollution Control Authority
        P.O. Box 1610
        New Haven, CT 06506

        Additional Contact:
        City of New Haven
        Water Pollution Control Authority
        90 Sargent Drive
        New Haven, CT 06511-5918

        Consideration For Claim: Creditor of Kendland Company, Inc.
        Amount of Claim:  $790.79
        Disputed.

  B. Add Creditor:

    Account No. 17787
    ABCO Welding & Industrial Supply, Inc.
    P.O. Box 296
    Waterford, CT 06385-0296

    Consideration For Claim: Creditor of Kendland Company, Inc.
    Amount of Claim: $6.20
    Disputed.

  C. Add Additional Contact:

  On continuation sheet number 6 of 6, on Schedule F, add the following additional contact to World Omni National – II:

    Client Services, Inc.
    3451 Harry Truman Blvd.
    St. Charles, MO 63301-4047

2. **Summary Of Schedules**

Change Schedule F, Creditors Holding
 Unsecured, Nonpriority Claims, to   $ 5,243,477.59

Change Total Liabilities to   $ 9,923,402.37

3. **Numbered Listing of Creditors**

 Add:

28. City of New Haven
  Water Pollution Control Authority
  P.O. Box 1610
  New Haven, CT 06506
  Unsecured Claims
  Amount of Claim: $790.79

2

29. ABCO Welding & Industrial Supply, Inc.
P.O. Box 296
Waterford, CT 06385-0296
Unsecured Claims
Amount of Claim: $6.20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:  CHAPTER 7

STEVEN ALLEN BECKER,

    Debtor.

CASE NO. 05-31593 (ASD)

### AMENDMENT TO MAILING MATRIX

Steven Allen Becker, the Debtor, hereby amends the mailing matrix filed in the above-captioned bankruptcy case as follows:

1. **MATRIX**:

    **AMEND:**    (to add new creditors)

    City of New Haven
    Water Pollution Control Authority
    P.O. Box 1610
    New Haven, CT 06506

    ABCO Welding & Industrial Supply, Inc.
    P.O. Box 296
    Waterford, CT 06385-0296

    **AMEND:**    (to add new additional contacts)

    Client Services, Inc.
    3451 Harry Truman Blvd.
    St. Charles, MO 63301-4047

4

City of New Haven
Water Pollution Control Authority
90 Sargent Drive
New Haven, CT 06511-5918

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN RE:                                           CHAPTER 7

STEVEN ALLEN BECKER,
                                                 CASE NO. 05-31593 (ASD)
    Debtor.

## DECLARATION UNDER PENALTY OF PERJURY BY DEBTOR

I declare under penalty of perjury that I have read the foregoing Amendment to Bankruptcy Schedules, Statements And Lists, consisting of three (3) sheets, and Amendment to Mailing Matrix, consisting of two (2) sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated at _Norwich_, Connecticut, this __ day of _July_, 2005.

_____
Steven Allen Becker

6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:                                          CHAPTER 7

STEVEN ALLEN BECKER,
                                                CASE NO. 05-31593 (ASD)
        Debtor.

CERTIFICATION OF SERVICE

The undersigned hereby certifies that copies of the foregoing Amendment to Bankruptcy Schedules, Statements And Lists, and Amendment to Mailing Matrix, were served this 15th day of July, 2005 via first-class U.S. Mail, postage prepaid upon:

Office of the U.S. Trustee
One Century Tower
265 Church Street, Suite 1101
New Haven, CT 06510

Roberta Napolitano, Esq.
Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
350 Fairfield Avenue
P.O. Box 9177
Bridgeport, CT 06601
**Trustee**

City of New Haven
Water Pollution Control Authority
P.O. Box 1610
New Haven, CT 06506
**Creditor**

7

City of New Haven
Water Pollution Control Authority
90 Sargent Drive
New Haven, CT 06511-5918
*Creditor*

ABCO Welding & Industrial Supply, Inc.
P.O. Box 296
Waterford, CT 06385-0296
*Creditor*

Client Services, Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-4047
*Creditor*

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger, & Case, L.L.C.
99 Pratt Street, Suite 401
Hartford, Connecticut 06103
*Counsel to Travelers Casualty And Surety Company and Hartford Accident And Indemnity Company*

David M. S. Shaiken, Esq.

8