**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| STEVEN ALLEN BECKER, | CASE NO. 05-31593 (ASD) |
| DEBTOR. | OCTOBER 18, 2005 |

**Debtor's Motion for Abandonment of 138 Mediterranean Lane, Norwich, Connecticut**

Steven Allen Becker **(the "Debtor")**, by and through his counsel, Shipman, Sosensky, Randich & Marks, LLC, pursuant to 11 U.S.C. § 554 and Fed. R. Bankr. P. 6007, hereby moves for abandonment of that certain piece or parcel of land locally known as 138 Mediterranean Lane, Norwich, Connecticut **(the "Property")** more particularly described on **Exhibit A** attached hereto, and in support thereof respectfully represents as follows:

1. On April 7, 2005 **(the "Petition Date")**, the Debtor filed a voluntary petition under chapter 7, Title 11, United States Code, in the United States Bankruptcy Court for the District of Connecticut.

2. Roberta Napolitano **(the "Trustee")** is the trustee of the Debtor's bankruptcy estate **(the "Estate")**.

3. The Debtor listed his fee ownership interest in the Property on Schedule A of his bankruptcy schedules. The Debtor remains in possession and control of the Property.

4. The Property has a fair market value of $650,000.00 pursuant to an appraisal dated April 4, 2005, performed by Dennis Slopak. A copy of the appraisal is attached hereto as **Exhibit B**.

5. The Property is encumbered as follows:

    a. An attachment in favor of People's Bank in the original principal amount of $1,950,000.00 recorded on March 6, 2002, at Volume 1638, Page 58 of the Norwich Land Records. The Debtor disputes the validity of said attachment.

    b. An Open-End Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for American Home Mortgage in the original principal amount of $565,000.00, recorded on October 16, 2003 at Volume 1850, Page 78 of the Norwich Land Records. As of the Petition Date the Debtor owed approximately $555,250.00 on account of said secured claim.

    c. A Mortgage in favor of FPB Funding, LLC in the original principal amount of $2,014,443.72, recorded on October 16, 2003 at Volume 1850, Page 97 of the Norwich Land Records. As of the Petition Date the Debtor owed approximately $2,100,000.00 on account of said secured claim. Said

secured claim is contingent, and subject to defeasance upon the occurrence of certain conditions subsequent.

d. A judgment lien in favor of Chelsea Groton Savings Bank in the original principal amount of $74,674.78, recorded on February 2, 2004 at Volume 1891, Page 244 of the Norwich Land Records. Said secured claim was assigned to Linda D. Becker, who is the owner and holder of the claim. Upon information and belief, as of the Petition Date no sums had been paid on account of said secured claim, and the amount owed on said claim had increased due to the accrual of interest.

6. The Debtor has claimed a homestead exemption in the property in the amount of $75,000.00 pursuant to Conn. Gen. Stat. §52-352b(t) on Schedule C of his bankruptcy schedules.

7. The Property is burdensome to the Debtor's estate or is of inconsequential value and benefit to the Debtor's estate.

WHEREFORE, the Debtor respectfully requests that the Court order the Trustee to abandon the Property to the Debtor, and that the Debtor have such other and further relief to which he may be entitled at law or equity.

3

Dated at Farmington, Connecticut, this 18th day of October, 2005.

STEVEN ALLEN BECKER

By: /s/ David M. S. Shaiken
    David M. S. Shaiken, Esq.
    Shipman, Sosensky, Randich & Marks, LLC
    His Attorneys
    135 South Road
    Farmington, CT 06032
    Telephone: (860) 606-1707
    Fax: (860) 606-1770
    E-mail: david@shipso.com
    Fed. Bar. No. ct02297

**Certification of Service**

The undersigned hereby certifies that copies of the foregoing Debtor's Motion for Abandonment will be served upon the following parties via the Notice of Electronic Filing System:

- **Roberta Napolitano**    rnapolitano@wwinslaw.com, msmith@wwinslaw.com;ct12@ecfcbis.com (trustee)
- **U. S. Trustee**    USTPRegion02.NH.ECF@USDOJ.GOV

The undersigned hereby further certifies that copies of the foregoing Debtor's Motion for Abandonment were served via United States Mail, first-class, postage prepaid, upon the following parties this 18th day of October, 2005:

4

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger & Case
99 Pratt Street, Suite 401
Hartford, CT 06106-1817
**Counsel to Hartford Accident and Indemnity Company
And Travelers Casualty and Surety Company**

ABCO Welding & Industrial Supply, Inc.
P.O. Box 296
Waterford, CT 06385-0296
**Claimant**

AFNI, Inc.
404 Brock Dr.
P.O. Box 3517
Bloomington, IL 61702-3517
**Claimant**

American Home Mortgage
520 Broadhollow Rd.
Melville, NY 11747
**Claimant**

American Home Mortgage
2401 Beech Street Suite C
Valparaiso, IN 46383
**Claimant**

AMO Recoveries
7067 West Broward Blvd, Suite C
Plantation, FL 33317
**Claimant**

Blake Equipment Company
c/o William Andrew Lichtenfels, Esq
29 Water St.
Guilford, CT 06437
**Claimant**

5

Brenner,Saltzman & Wallman LLP
271 Whitney Ave.
New Haven, Connecticut 06511
**Claimant**

C. R. Klewin
40 Connecticut Ave
Norwich, CT 06360
**Claimant**

c/o GC Services L.P.
6330 Gulfton
Houston, TX 77252-2667
**Claimant**

Central Transport Int'l, Inc.
210 East Johnson Ave.
Cheshire, CT 06410
**Claimant**

Chelsea Groton Savings Bank
1 Chelsea Square
Norwich, CT 06360
**Claimant**

Citicorp Mortgage Inc.
5280 Corporate Drive, M/C 0251
Frederick, MD 21703
**Claimant**

Citimortgage
15851 Clayton Rd. MS-301
Ellisville, MO 63011-2211
**Claimant**

City of New Haven
Water Pollution Control Authority
P.O. Box 1610
New Haven, CT 06506
**Claimant**

City of New Haven
Tag Division
200 Orange St., 1st Floor
P.O. Box 1941
New Haven, CT 06509-9990
**Claimant**

Client Services, Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-4047
**Claimant**

FPB Funding, LLC
c/o F. Robert Lacarcina
209 West Town St.
Norwich, CT 06360
**Claimant**

Hartford Accident & Indemnity Company
Attn: Ms. Laura Mahler
Bond Claims Department
Hartford Plaza
Hartford, CT 06115
**Claimant**

Hon. Alberto R. Gonzales, Esq.
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Claimant**

7

Hon. Tom Reilly, Esq.
Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108
**Claimant**

Kendland Company, Inc.
c/o Steven A. Becker
12 Case Street, Suite 204
Norwich, CT 06360
**Claimant**

Kevin O'Connor, U.S. Attorney
450 Main Street
Hartford, CT 06103
**Claimant**

Linda D. Becker
138 Mediterranean Lane
Norwich, CT 06360-1628
**Claimant**

Massachusetts Department of Revenue
PO Box 7010
Boston, MA 02204
**Claimant**

Maureen L. Canavan, Esq.
U.S. Department of Labor
Office of the Solicitor
J.F.K. Federal Building, Rm. E-375
Boston, MA 02203
**Claimant**

Mortgage Electronic Registration
Systems, Inc.
P.O. Box 2026
Flint, MI 48501-2026
**Claimant**

Nat'l Action Financial
Services, Inc.
165 Lawrence Bell Dr. Suite 100
P.O. Box 9027
Williamsville, NY 14231-9027
**Claimant**

Nextel
c/o AFNI, Inc.
P.O. Box 20939
Ferndale, MI 48220
**Claimant**

O'Brien, Shafner, Stuart, Kelly & Morris
Mark E. Block, Esq.
P.O. Box 310
Norwich, CT 06360
**Claimant**

Paul M. Geraghty, Esq.
Andrews, Young & Geraghty, P.C.
216 Broad St.
P.O. Box 751
New London, CT 06320-0751
**Claimant**

People's Bank
4 Broadway
Norwich, CT 06360
Attn: Richard Casio
**Claimant**

Quill Corporation
c/o Goodwin, Bryan & Schill, L.L.P.
P.O. Box 221406
Cleveland, OH 44122
**Claimant**

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main St., Suite 207
West Hartford, CT 06107-2103
**Claimant**

RLI Insurance
Stuart Allan & Associates
5447 East 5th Street, Suite 110
Tucson, AZ 85711
**Claimant**

RLI Insurance Co.
9025 N. Lindbergh Drive
Peoria, IL 61615
**Claimant**

Sheptoff, Reuber & Company, Inc.
111 New London Turnpike
Glastonbury, CT 06033
**Claimant**

Stuart Allan & Associates, Inc.
5447 E. 5th St., Suite 110
Tucson, AZ 85711-2345
**Claimant**

Susan C. Becker
101 South Main Street
Middleboro, MA 02346
**Claimant**

Susan Nissenbaum
101 South Main St.
Middleboro, MA 02346
**Claimant**

The Travelers Casualty & Surety Co.
Attn: Ms. Sherrie Monteiro
St. Paul Travelers
One Tower Square, Bond-14CZ
Hartford, CT 06183
**Claimant**

Town of Groton
Tax Collector
45 Fort Hill Rd.
Groton, CT 06340-0370
**Claimant**

United States Dept. Labor
Elaine L. Chao, Secretary of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210
**Claimant**

Verizon Wireless
c/o AMO Recoveries
P.O. Box 926200
Norcross, GA 30010-6200
**Claimant**

World Omni National - II
c/o Client Services, Inc.
3451 Harry Truman Blvd
St. Charles, MO 63301-4047
**Claimant**

                                                    /s/ David M. S. Shaiken
                                                    David M. S. Shaiken, Esq.

11

**Exhibit A**

A tract of land situated on the Southeasterly side of Wightman Avenue and the Southerly and Westerly sides of Mediterranean Lane in the Town of Norwich, County of New London and State of Connecticut, more particularly bounded and described as follows:

Beginning at a wall corner at the intersection of the southeasterly line of Wightman Avenue with the southerly line of Mediterranean Lane, and running thence by the southerly and westerly lines of Mediterranean Lane, first southeasterly by a wall about 280 feet to an angle in the wall, and then southwesterly by the wall about 315 feet to land now or formerly of William A. and Lorraine V. Coombs; thence northwesterly by the center of a stone wall by land now or formerly of said Coombs and land now or formerly of Walter O. Durr and Ethel F. Durr, which land was to be conveyed to Herbert W.B. Farr, about 727 feet to a wall corner in the southeasterly line of Wightman Avenue; and thence northeasterly by the southeasterly line of Wightman Avenue by a wall, then about 200 feet to an angle in the wall, then about 290 feet to the point of beginning.

Said parcel is shown on a map entitled "Plan showing Property of Walter O. Durr and Ethel F. Durr, town of Norwich, Scale 1" = 100', May 20, 1966, Thos. M. Peterson, P.C. and L.S."

**Exhibit B**