UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-31593 (ASD) |
| BECKER, STEVEN ALLEN | : | CHAPTER 7 |
| DEBTOR(S) | : | January 13, 2009 |

**IF YOU RECEIVE THIS OBJECTION, PLEASE LOCATE YOUR NAME AND CLAIM IN THE DOCUMENT. CLAIMS ARE LISTED ALPHABETICALLY BY LAST NAME, IF APPLICABLE, BELOW.**

| Grounds for Objection | Page |
|---|---|
| Sustained by Consent | 1 |
| Duplication | 1, 2 |
| No writing in support | 2 |

TRUSTEE'S OMNIBUS OBJECTIONS TO CLAIMS
ON THE FOLLOWING GROUNDS
THE CLAIMANT HAS NO OBJECTION TO DISALLOWANCE
THE CLAIMS DUPLICATE OTHER CLAIMS
THE CLAIMANT FAILED TO ATTACH WRITING IN SUPPORT OF CLAIM

| Claimant | Claim Number |
|---|---|
| Becker, Linda | 2, 3, 4 |
| Hartford Accident and Indemnity Company | 5 |
| RLI Insurance | 7 |
| O'Brien, Shafner, Stuart, et al | 10 |

To the Debtor, the Debtor's Attorney and all other parties in interest:

The undersigned, the duly qualified and acting trustee herein, objects to the claims listed below:

*Claims 2, 3, and 4, filed by Linda Becker* - The Trustee objects to these claims for the reason that the claimant agreed to their disallowance.

*Claim 5, filed by Hartford Accident and Indemnity Company* - The Trustee objects to this claim

for the reason that it appears to duplicate Claim No. 6, which is by the same claimant, based on the same judgment, but in a different amount.

*Claim No. 7, filed by RLI Insurance* - The Trustee objects to this claim for the reason that it is a duplicate of Claim No. 1, filed by the same claimant in the same amount.

*Claim No. 10, filed by O'Brien, Shafner, Stuart, Kelly & Morris* - The Trustee objects to this claim, which is based on a writing, because the claimant failed to attach documents in support of its claim, in violation of Rule 3001(c) of the Federal Rules of Bankruptcy Procedure. The Trustee is unable to determine the validity of the claim because of the non-compliance.

WHEREFORE, the undersigned prays that the Court allow or disallow said claims as above requested or make such other order as is appropriate.

Dated at Bridgeport, Connecticut on January 13, 2009.

      /s/ *Roberta Napolitano*
Roberta Napolitano, Trustee ct 08378
P.O. Box 9177
Bridgeport, CT 06601  203-333-1177

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-31593 (ASD) |
| BECKER, STEVEN ALLEN | : | CHAPTER 7 |
| DEBTOR(S) | : | January 13, 2009 |

## CERTIFICATION

The undersigned Trustee hereby certifies that on January 13, 2009, I served the following on the parties listed below (1) a copy of the Objections to Claims; (2) a Request for a Hearing; and (3) a copy of the proposed order.

BECKER, STEVEN ALLEN
138 MEDITERRANEAN LN
NORWICH, CT 06360-1628
Debtor(s)

Richard P. Weinstein
Weinstein & Wisser, P.C.
29 South Main Street
West Hartford, CT 06107
Attorney for Linda D. Becker

RLI Insurance
Stuart Allan & Associates
ATT: President
5447 East 5th Street, Suite 110
Tucson, AZ 85711

Mark E. Block, Esq.
O'Brien, Shafner, Stuart, Kelly & Morris
P.O. Box 310
Norwich, CT 06360

The following parties were served through a Notice of Electronic Filing:

**U. S. Trustee** USTPRegion02.NH.ECF@USDOJ.GOV
**Matthew M. Horowitz** mhorowitz@wolfhorowitz.com
**Timothy D. Miltenberger** tmiltenberger@coanlewendon.com
**David M. S. Shaiken** dshaiken@davidshaiken.com

Dated at Bridgeport, Connecticut on January 13, 2009.

                                     /s/ *Roberta Napolitano*
                                     Roberta Napolitano, Trustee ct 08378
                                     P.O. Box 9177
                                     Bridgeport, CT 06601  203-333-1177