**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re: BECKER, STEVEN ALLEN                                    § Case No. 05-31593
                                                              §
                                                              §
Debtors                                                       §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on April 07, 2005.  The undersigned trustee was appointed on April 07, 2005.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as   **Exhibit A.**

4.  The trustee realized the gross receipts of            $_____13,019.50

        Funds were disbursed in the following amounts:

        Administrative expenses                                      5.07
        Payments to creditors                                       0.00
        Non-estate funds paid to 3rd Parties                        0.00
        Exemptions paid to the debtor                               0.00

        Leaving a balance on hand of            $_____13,014.43

The remaining funds are available for distribution.

5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6.  The deadline for filing claims in this case was 10/18/2005.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $0.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $18.72, for total expenses of $18.72.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:  06/03/2009          By: /s/ROBERTA NAPOLITANO
                                Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.


**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05-31593 | **Trustee:** (270110) ROBERTA NAPOLITANO |
| **Case Name:** BECKER, STEVEN ALLEN | **Filed (f) or Converted (c):** 04/07/05 (f) |
| | **§341(a) Meeting Date:** 05/10/05 |
| **Period Ending:** 06/03/09 | **Claims Bar Date:** 10/18/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 138 Mediterranean Avenue, Norwich<br>valid liens are lien in the amount of $555,000 to first mortgagee and lien of $75,000 to wife(?); however, costs of sale and exemption consume the equity | 650,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | One half interest in millenium clock | Unknown | 0.00 | DA | 0.00 | FA |
| 5 | Projection television - 8 years old | Unknown | 0.00 | DA | 0.00 | FA |
| 6 | Otter coat | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Radot watch purchased 1990 | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Rolex watch purchased 1986 | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | 1/2 INTEREST IN FIREARMS AND HOBBY EQUIPMENT | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 10 | 3 Million Term Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Whole Life Insurance Policy | 1,180.00 | 0.00 | DA | 0.00 | FA |
| 12 | Fidelity IRA | 245,000.00 | 245,000.00 | DA | 0.00 | FA |
| 13 | Kendland Money Purchase Plan | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Merrill Lynch IRA | 11,530.27 | 11,530.27 | DA | 0.00 | FA |
| 15 | 100 % Interest in Kendland Company, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Stock in Anthem/Blue Cross | 2,582.00 | 2,582.00 | DA | 0.00 | FA |
| 17 | Interest in Linda D. Becker Amended and Restated | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | Interest in The Nathan E. and Gertrude R. Becker | Unknown | 0.00 | DA | 0.00 | FA |
| 19 | Future Real Estate Commissions | Unknown | 10,000.00 | DA | 0.00 | FA |
| 20 | 1968 Mercedes Benz 280 SL- does not run | 4,500.00 | 4,500.00 | DA | 500.00 | FA |
| 21 | 1986 Chevrolet Corvette- 18,000 miles | 5,150.00 | 3,650.00 | DA | 500.00 | FA |
| 22 | 11 File Cabinets | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | Personal computer | 500.00 | 0.00 | DA | 0.00 | FA |
| 24 | Commission on 867 Route 32, Montville<br>Debtor received $7500 post-petition | 8,662.50 | 8,662.50 | | 1,500.00 | FA |

Exhibit A

## Form 1

Page: 2

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-31593

**Case Name:**    BECKER, STEVEN ALLEN

**Period Ending:** 06/03/09

**Trustee:**    (270110)    ROBERTA NAPOLITANO

**Filed (f) or Converted (c):** 04/07/05 (f)

**§341(a) Meeting Date:**    05/10/05

**Claims Bar Date:**    10/18/05

| Ref. # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Commission on 1051 Norwich Road, Plainfield<br>     The debtor received $4175 on July 20, 2005 | 4,750.00 | 4,750.00 | | 500.00 | FA |
| 26 | Commission on Lot 4, Stetson Road, Brooklyn<br>     The Debtor received $1406.25 on August 4, 2005 | 937.50 | 937.50 | DA | 0.00 | FA |
| 27 | Commission on Lakewa Farms- 7 lot subdivision<br>     The debtor received $1250 in July 2005 | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 28 | Commission on 36 Laurelwood Road, Groton<br>     The sale never closed and the listing was removed. | 7,425.00 | 7,425.00 | DA | 0.00 | FA |
| 29 | Commission on 40 Connecicut Avenue, Norwich<br>     The listing expired pre-petition; there was a new<br>listing post-petition; received $29,400 in November 10,<br>2005. | 17,650.00 | 17,650.00 | DA | 0.00 | FA |
| 30 | Commission on 33 Wisconsin Avenue, Norwich<br>     This property will not sell. | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 31 | Commission on lease of 29 Stott Avenue in Norwic<br>     The listing agreement expired on January 2005 | 1,804.00 | 1,804.00 | DA | 0.00 | FA |
| 32 | Recovery of "property swap" with wife  (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 19.50 | Unknown |
| 33 | **Assets**       **Totals** (Excluding unknown values) | **$987,971.27** | **$337,491.27** | | **$13,019.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

I am currently investigating the debtor's swap of properties with his wife within four years of the time he filed bankruptcy, and real estate commisions he might be due as of the date he filed bankruptcy. He claims to be due $23,727.50 as of the filing date, with the potential of an additional $34,300 to $68,600 in sales not yet concluded. His major creditor alleges that he might be due an additional $138,250. We are waiting for Attorney Shaiken's response to this allegation. 2/13/06 It appears the Debtor was due $23,727.50. I referred the property swap to Rich Coan, who will analyze it and tell me if he is interested in representing the estate. 1/11/07 Attorney Coan reports that he will put the claims into suit. The maximum value of the claims is $293,000. 1/26/07 Attorney Coan has instituted suit. 2/27/07 Attorney Miltenberger is coming to my office to review my files today. 7/24/07 Attorney Miltenberger is in the process of analyzing the values of the properties transferred, and has retained an expert. 11/21/07 The properties swapped came in within 15% of each other. The exchange may have been for reasonably equivalent value. 1/3/08 Tcw/ Tim Miltenberger: Attorney Weinstein, who represents Linda Becker, claims the value of the property Ms. Becker transferred to Mr. Becker (138 Mediterranean in Norwich) is $860,000. Our appraisal is $669,000. Based on our appraisal, the maximum value of our claim is $160,000. However, that figure includes $53,000 attributable to the transfer of a one-half interest in a yacht. Linda Becker paid debts of Steven Becker from the sale of the yacht, so that transfer is probably a wash. The likely best case scenario is $110,000. If Ms. Becker's appraisal is accurate, there would be no value to our claim. It is unlikely that it is accurate. The Debtor provided me with a 2005 appraisal of the property at $650,000, and I confirmed the accuracy of that appraisal with a realtor who performed a "drive-by" of the property. 2/12/08 Attorney Weinstein, who represents Mrs. Becker, took our appraiser's testimony. He claims the property was undervalued because

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-31593

**Case Name:**   BECKER, STEVEN ALLEN

**Period Ending:** 06/03/09

**Trustee:**   (270110)   ROBERTA NAPOLITANO

**Filed (f) or Converted (c):** 04/07/05 (f)

**§341(a) Meeting Date:**   05/10/05

**Claims Bar Date:**   10/18/05

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

of the "second home" (rooms over garage) on the property.   The discovery bar date has been extended to May 31, 2008 to allow Attorney Miltenberger an opportunity to examine Mrs. Becker's expert.  The current offer on the table, which I have rejected, is $20,000.  6/15/08  It appears Ms. Becker is nearly judgment proof, although she borrowed $90,000 about 14 months ago and gave a security interest in exchange for the loan.  We don't know where the money went, and there is the potential for a second fraudulent conveyance claim.  6/24/08  Tim recommends settlement for $15,000 and I concur.  7/09/08  Conference with Mr. Miltenberger- the encumbered $90,000 was used to buy a restaurant.  We are uncertain of its income, and so we may not  settle for $15,000.  8/20/08  Attorney Miltenberger deposed Mr. and Mrs. Becker.  Mrs. Becker does not appear to have any realizable assets, and we will probably settle the claim for $15,000.00.  9/30/08  The case will probably not settle until close to its estimated trial date in December.  12/4/08  Attorney Miltenberger has submitted a motion to compromise the claim against Linda Becker for $10,000.00. The motion will be heard on December 24, 2008.  12/29/08  The Court approved the settlement, and I am waiting to receive the settlement funds.  1/25/09  I received the settlement funds and will file a final report once claims objections are resolved.  I must call the Court because they have not yet been scheduled for a hearing.

**Initial Projected Date Of Final Report (TFR):**      December 31, 2006      **Current Projected Date Of Final Report (TFR):**      June 30, 2009

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-31593
**Case Name:** BECKER, STEVEN ALLEN

**Taxpayer ID #:** 13-7567324
**Period Ending:** 06/03/09

**Trustee:** ROBERTA NAPOLITANO (270110)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****35-65 - Money Market Account
**Blanket Bond:** $22,796,870.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/16/07 | | Charter Oak Federal Credit Union fbo Steven Allen Becker | Payment in accordance with compromise approved by Judge Dabrowski on May 10, 2007; | | 3,000.00 | | 3,000.00 |
| | {20} | | Settlement of interest in Mercedes Benz               500.00 | 1129-000 | | | 3,000.00 |
| | {21} | | Settlement of interest in Corvette               500.00 | 1130-000 | | | 3,000.00 |
| | {24} | | Settlement of interest in commission on 867 Route 32               1,500.00 | 1121-000 | | | 3,000.00 |
| | {25} | | Settlement of commission on 1051 Norwich Road               500.00 | 1121-000 | | | 3,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.74 | | 3,000.74 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.54 | | 3,002.28 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.71 | | 3,003.99 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.65 | | 3,005.64 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.49 | | 3,007.13 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.76 | | 3,008.89 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 1.56 | | 3,010.45 |
| 12/04/07 | 1001 | Weinstein, Weiner, Ignal, Napolitano, & Shapiro, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/04/2007 FOR CASE #05-31593, 12/1/07 through 12/1/08 bond payment | 2300-000 | | 2.66 | 3,007.79 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 1.53 | | 3,009.32 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 1.37 | | 3,010.69 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.61 | | 3,011.30 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.55 | | 3,011.85 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.42 | | 3,012.27 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.37 | | 3,012.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.38 | | 3,013.02 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.38 | | 3,013.40 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.35 | | 3,013.75 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.39 | | 3,014.14 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 0.32 | | 3,014.46 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.23 | | 3,014.69 |
| 12/03/08 | 1002 | Weinstein, Weiner, Ignal, Napolitano, & Shapiro, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2008 FOR CASE | 2300-000 | | ! 2.58 | 3,012.11 |

Subtotals :                    $3,017.35                 $5.24

{} Asset reference(s)                    !-Not printed or not transmitted                    Printed: 06/03/2009 10:06 AM    V.11.21

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 05-31593
**Case Name:** BECKER, STEVEN ALLEN

**Taxpayer ID #:** 13-7567324
**Period Ending:** 06/03/09

**Trustee:** ROBERTA NAPOLITANO (270110)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****35-65 - Money Market Account
**Blanket Bond:** $22,796,870.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #05-31593, 016027937  Chapter 7 Blanket Bond Connecticut- Region 2 Voided on 12/03/08 | | | | |
| 12/03/08 | 1002 | Weinstein, Weiner, Ignal, Napolitano, & Shapiro, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2008 FOR CASE #05-31593, 016027937  Chapter 7 Blanket Bond Connecticut- Region 2 Voided: check issued on 12/03/08 | 2300-000 | | ! -2.58 | 3,014.69 |
| 12/03/08 | 1003 | Weinstein, Weiner, Ignal, Napolitano, & Shapiro, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2008 FOR CASE #05-31593, # 016027927  Chapter 7 Blanket Bond Connecticut - Region 2 | 2300-000 | | 2.41 | 3,012.28 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.21 | | 3,012.49 |
| 01/09/09 | {32} | Steven Becker | Settlement of claim against Linda Becker; | 1241-000 | 10,000.00 | | 13,012.49 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.36 | | 13,012.85 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.49 | | 13,013.34 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.56 | | 13,013.90 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.53 | | 13,014.43 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 13,019.50 | 5.07 | $13,014.43 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 13,019.50 | 5.07 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $13,019.50 | $5.07 | |

Net Receipts : 13,019.50
Net Estate : $13,019.50

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****35-65** | 13,019.50 | 5.07 | 13,014.43 |
| | $13,019.50 | $5.07 | $13,014.43 |

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 06/03/2009 10:06 AM   V.11.21

Printed:  06/03/09 10:06 AM                                                                                  Page:  1

# Claims Proposed Distribution

### Case:  05-31593   BECKER, STEVEN ALLEN

**Case Balance:**   $13,014.43        **Total Proposed Payment:**   $13,014.43        **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | Linda D. Becker | Secured | 86,111.27 * | 0.00 | 0.00 | 0.00 | 0.00 | 13,014.43 |
| **SUBTOTAL FOR  SECURED** | | | **86,111.27** | **0.00** | **0.00** | **0.00** | **0.00** | |
| | Coan, Lewendon, Gulliver & Miltenberger | Admin Ch. 7 | 9,733.16 | 9,733.16 | 0.00 | 9,733.16 | 9,733.16 | 3,281.27 |
| | <3220-00  Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
| | ROBERTA NAPOLITANO | Admin Ch. 7 | 18.72 | 18.72 | 0.00 | 18.72 | 18.72 | 3,262.55 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| **SUBTOTAL FOR  ADMIN CH. 7** | | | **9,751.88** | **9,751.88** | **0.00** | **9,751.88** | **9,751.88** | |
| 1 | RLI Insurance | Unsecured | 10,040.38 | 10,040.38 | 0.00 | 10,040.38 | 12.48 | 3,250.07 |
| 2 | Linda D. Becker | Unsecured | 10,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 3,250.07 |
| 3 | Linda D. Becker | Unsecured | 16,831.05 * | 0.00 | 0.00 | 0.00 | 0.00 | 3,250.07 |
| 5 | Hartford Accident and Indemnity Company | Unsecured | 2,467,474.79 * | 0.00 | 0.00 | 0.00 | 0.00 | 3,250.07 |
| 6 | Travelers Casualty and Surety Company | Unsecured | 2,537,104.99 | 2,537,104.99 | 0.00 | 2,537,104.99 | 3,154.49 | 95.58 |
| 7 | RLI Insurance | Unsecured | 10,040.38 * | 0.00 | 0.00 | 0.00 | 0.00 | 95.58 |
| 8 | Brenner,Saltzman & Wallman LLP | Unsecured | 34,872.27 | 34,872.27 | 0.00 | 34,872.27 | 43.36 | 52.22 |
| 9 | Susan C. Becker | Unsecured | 42,000.00 | 42,000.00 | 0.00 | 42,000.00 | 52.22 | 0.00 |
| 10 | O'Brien, Shafner, Stuart, Kelly & Morris | Unsecured | 5,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SUBTOTAL FOR  UNSECURED** | | | **5,133,363.86** | **2,624,017.64** | **0.00** | **2,624,017.64** | **3,262.55** | |
| **Total for Case 05-31593 :** | | | **$5,229,227.01** | **$2,633,769.52** | **$0.00** | **$2,633,769.52** | **$13,014.43** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $9,751.88 | $9,751.88 | $0.00 | $9,751.88 | 100.000000% |
| **Total Secured Claims :** | $86,111.27 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $5,133,363.86 | $2,624,017.64 | $0.00 | $3,262.55 | 0.124334% |

(*) Denotes objection to Amount Filed

# District of Connecticut
# Claims Register

## 05-31593 Steven Allen Becker

**Chief Judge:** Albert S. Dabrowski          **Chapter:** 7

**Office:** New Haven          **Last Date to file claims:**

**Trustee:** Roberta Napolitano          **Last Date to file (Govt):**

---

| Creditor: (6195474) RLI Insurance Stuart Allan & Associates 5447 East 5th Street, Suite 110 Tucson, AZ 85711 | Claim No: 1 Filed: 05/13/2005 Entered: 05/18/2005 | Status: Filed by: CR Entered by: Mooney, Kathleen Modified: |
|---|---|---|

Unsecured claimed: $10040.38

**Total**          **claimed: $10040.38**          *OK-jw*

*History:*
  1-1      05/13/2005 Claim #1 filed by RLI Insurance , total amount claimed: $10040.38 (Mooney, Kathleen)

*Description:*

*Remarks:*

---

| Creditor: (6155379) Linda D. Becker 138 Mediterranean Lane Norwich, CT 06360-1628 | Claim No: 2 Filed: 05/24/2005 Entered: 05/27/2005 | Status: Filed by: CR Entered by: Mooney, Kathleen Modified: |
|---|---|---|

Unsecured claimed: $10000.00

**Total**          **claimed: $10000.00**          *objection may be sustained by consent*

*History:*
  2-1      05/24/2005 Claim #2 filed by Linda D. Becker , total amount claimed: $10000 (Mooney, Kathleen)

*Description:*

*Remarks:*

---

| Creditor: (6155379) Linda D. Becker 138 Mediterranean Lane Norwich, CT 06360-1628 | Claim No: 3 Filed: 05/24/2005 Entered: 05/27/2005 | Status: Filed by: CR Entered by: Mooney, Kathleen Modified: |
|---|---|---|

Unsecured claimed: $16831.05

**Total**          **claimed: $16831.05**          *objection may be sustained by consent*

*History:*
  3-1      05/24/2005 Claim #3 filed by Linda D. Becker , total amount claimed: $16831.05 (Mooney, Kathleen)

*Description:*

*Remarks:*

---

| Creditor: (6155379) Linda D. Becker | Claim No: 4 Filed: 05/24/2005 | Status: Filed by: CR |
|---|---|---|

| 138 Mediterranean Lane<br>Norwich, CT 06360-1628 | *Entered:* 05/27/2005 | *Entered by:* Mooney, Kathleen<br>*Modified:* |
|---|---|---|

| Secured claimed: $86111.27<br>**Total**     claimed: **$86111.27** | *Objection my be sustained by consent* |
|---|---|

*History:*

4-1     05/24/2005 Claim #4 filed by Linda D. Becker , total amount claimed: $86111.27 (Mooney, Kathleen)

*Description:*

*Remarks:*

---

| *Creditor:*     (6188525)<br>Hartford Accident and Indemnity Company<br>Matthew M. Horowitz<br>Wolf Horowitz Etlinger & Case, LLC<br>99 Pratt Street, Suite 401<br>Hartford, CT 06103 | **Claim No: 5**<br>*Filed:*    07/26/2005<br>*Entered:* 07/29/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mooney, Kathleen<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $2467474.79<br>**Total**     claimed: **$2467474.79** | *duplicate of #6* |
|---|---|

*History:*

5-1     07/26/2005 Claim #5 filed by Hartford Accident and Indemnity Company , total amount claimed: $2467474.79 (Mooney, Kathleen)

*Description:*

*Remarks:*

---

| *Creditor:*     (6188524)<br>Travelers Casualty and Surety Company<br>Matthew M. Horowitz<br>Wolf Horowitz Etlinger & Case<br>99 Pratt Street, Suite 401<br>Hartford, CT 06103 | **Claim No: 6**<br>*Filed:*    07/26/2005<br>*Entered:* 07/29/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mooney, Kathleen<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $2537104.99<br>**Total**     claimed: **$2537104.99** | *OK -yw* |
|---|---|

*History:*

6-1     07/26/2005 Claim #6 filed by Travelers Casualty and Surety Company , total amount claimed: $2537104.99 (Mooney, Kathleen)

*Description:*

*Remarks:*

---

| *Creditor:*     (6195474)<br>RLI Insurance<br>Stuart Allan & Associates<br>5447 East 5th Street, Suite 110<br>Tucson, AZ 85711 | **Claim No: 7**<br>*Filed:*    08/01/2005<br>*Entered:* 08/03/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mooney, Kathleen<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $10040.38<br>**Total**     claimed: **$10040.38** | *duplicate of 1* |
|---|---|

| *History:* | |
|---|---|
| 7-1 | 08/01/2005 Claim #7 filed by RLI Insurance , total amount claimed: $10040.38 (Mooney, Kathleen) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| *Creditor:* (6155367) Brenner,Saltzman & Wallman LLP 271 Whitney Ave. New Haven, Connecticut 06511 | **Claim No: 8** *Filed:* 08/03/2005 *Entered:* 08/09/2005 | *Status:* *Filed by:* CR *Entered by:* Schulte, Richard *Modified:* |
|---|---|---|

Unsecured claimed: $34872.27

**Total** **claimed: $34872.27**

OK -gus

| *History:* | |
|---|---|
| 8-1 | 08/03/2005 Claim #8 filed by Brenner,Saltzman & Wallman LLP , total amount claimed: $34872.27 (Schulte, Richard) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| *Creditor:* (6256603) Susan C. Becker 101 South Main Street Middleboro, MA 02346 | **Claim No: 9** *Filed:* 08/11/2005 *Entered:* 08/17/2005 | *Status:* *Filed by:* CR *Entered by:* Mooney, Kathleen *Modified:* |
|---|---|---|

Unsecured claimed: $42000.00

**Total** **claimed: $42000.00**

OK -gus

| *History:* | |
|---|---|
| 9-1 | 08/11/2005 Claim #9 filed by Susan C. Becker , total amount claimed: $42000 (Mooney, Kathleen) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| *Creditor:* (6175676) O'Brien, Shafner, Stuart, Kelly & Morris Mark E. Block, Esq. P.O. Box 310 Norwich, CT 06360 | **Claim No: 10** *Filed:* 10/12/2005 *Entered:* 10/14/2005 | *Status:* *Filed by:* CR *Entered by:* Schulte, Richard *Modified:* |
|---|---|---|

Unsecured claimed: $5000.00

**Total** **claimed: $5000.00**

| *History:* | |
|---|---|
| 10-1 | 10/12/2005 Claim #10 filed by O'Brien, Shafner, Stuart, Kelly & Morris , total amount claimed: $5000 (Schulte, Richard) |

| *Description:* |
|---|

| *Remarks:* |
|---|

# Claims Register Summary

**Case Name:** Steven Allen Becker

Case 05-31593    Doc 62    Filed 08/10/09    Entered 08/10/09 13:43:05    Desc Main
Document        Page 12 of 18

**Case Number:** 05-31593
**Chapter:** 7
**Date Filed:** 04/07/2005
**Total Number Of Claims:** 10

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $5133363.86 | |
| **Secured** | $86111.27 | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | $5219475.13 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/13/2009 13:32:18 | | | |
| **PACER Login:** | rn0046 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 05-31593 Filed or Entered From: 1/1/2002 Filed or Entered To: 1/13/2009 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-31593
Case Name: BECKER, STEVEN ALLEN
Trustee Name: ROBERTA NAPOLITANO

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ROBERTA NAPOLITANO | $_____ | $_____ 18.72 |
| *Attorney for trustee* | Coan, Lewendon, Gulliver & Miltenberger | $_____ | $_____ 9,733.16 |
| *Appraiser* | _____ | $_____ | $_____ |
| *Auctioneer* | _____ | $_____ | $_____ |
| *Accountant* | _____ | $_____ | $_____ |
| *Special Attorney for trustee* | _____ | $_____ | $_____ |
| *Charges,* | U.S. Bankruptcy Court | $_____ | $_____ |
| *Fees,* | United States Trustee | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,624,017.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | RLI Insurance | $ 10,040.38 | $ 12.48 |
| 6 | Travelers Casualty and Surety Company | $ 2,537,104.99 | $ 3,154.49 |
| 8 | Brenner,Saltzman & Wallman LLP | $ 34,872.27 | $ 43.36 |
| 9 | Susan C. Becker | $ 42,000.00 | $ 52.22 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**New Haven Division**

**In re:**

**BECKER, STEVEN ALLEN**                    **Case No. 05-31593**
                                            **Chapter 7**


                          **Debtor.**

_____

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO THE HONORABLE ALBERT S. DABROWSKI, U.S. BANKRUPTCY JUDGE:

ROBERTA NAPOLITANO, Trustee herein, pursuant to 11 U.S.C. §330, requests $0.00 as

compensation and $18.72 for reimbursement of expenses, $0.00 amount of which has been

previously paid.  In a case filed after October 22, 1994, I have provided, as annexed hereto, trustee

time records.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the debtor, but including holders of

secured claims are $13,020.01.  Pursuant to 11 U.S.C. §326, compensation should be computed in

the following manner:


Trustee Compensation for cases filed on or after October 22, 1994

| | |
|---|---:|
| 25% of first $5,000.00 | $ 1,250.00 |
| ($1,250.00 max.) | |
| 10% on next $45,000.00 | $ 802.00 |
| ($4,500.00 max.) | |
| 5% on next $950,000.00 | $ 0.00 |
| ($47,500.00 max.) | |
| 3% of balance | $ 0.00 |
| | |
| TOTAL COMPENSATION | $ 2,052.00 |

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Court Fees | $ 0.00 |
| (Attach Bankruptcy Court's accounting of fees) | |
| Copies | $ 0.00 |
| Postage | $ 18.72 |
| Long Distance Telephone | $ 0.00 |
| Long Distance Facsimile | $ 0.00 |
| Other Expenses | $ 0.00 |
| Other (Specify) | $ 0.00 |
| | |
| TOTAL EXPENSES | $ 18.72 |

Pursuant to FRBP 2016, the undersigned certifies under penalty of perjury that no

agreement or understanding exists between the undersigned and any other person for sharing of

compensation prohibited by the Bankruptcy Code.  No payments have previously been made or

promised in any capacity in connection with the above case.


Executed this  3d day of  June, 2009.


/s/ Roberta Napolitano
ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT  06604

# Expense Worksheet

**Period: 01/01/00 - 06/05/09**

**Trustee: ROBERTA NAPOLITANO (270110)**

| **Case Number:** 05-31593 | **Case Name:** BECKER, STEVEN ALLEN |
|---|---|
| **Case Type:** Assets | **Judge:** ALBERT S. DABROWSKI |
| **Petition Date:** 04/07/05 | **341a Meeting:** 07/12/05   13:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 04/10/07 | postage re: mailing Trustee's Motion to Approve Compromise | 48.00 | $0.390 | $18.72 |

**Total for case  05-31593:** **$18.72**

**Grand Total:** **$18.72**